Frances G. BROWN, Petitioner,

v.

DEPARTMENT OF the NAVY,
Respondent.

No. 2008–3156.

United States Court of Appeals,
Federal Circuit.

Aug. 20, 2008.

Joseph A. Pixley, Department of Justice, Washington, DC, for Respondent.

Frances G. Brown, Pensacola, FL, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.